

FILED
JAMES J. VILT, JR. - CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE  WESTERN DISTRICT OF KENTUCKY
_____ DIVISION
*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

FEB 2 8 2024

U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

---

Dahved Malik Lillacale'nia

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint.  If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*


-against-

THE STATE OF KENTUCKY

_____

*(Write the full name of each defendant who is
being sued.  If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case**

Case No. 3:24CV·139· RGJ

*(to be filled in by the Clerk's Office)*

Jury Trial:     X⎤ Yes    ☐ No
*(check one)*

I.    The Parties to This Complaint

A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.   Attach additional pages if needed.

Name                    Dahved Malik Lillacale'nia

Street Address          PO_BOX 701041

City and County

State and Zip Code      LOUISVILLE , KENTUCKY  40207

Telephone Number        malik_opy@yahoo.com    502_712_3136

E-mail Address

B.    The Defendant(s)

Provide the information below for each defendant named in the complaint. whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title if known).  Attach additional pages if needed.

Defendant No. 1

Name                    Governors Office / Andy Beshear
Job or Title            700 Capitol Avenue, Suite 100, Frankfort,
(if known)              Kentucky 40601
Street Address          Main Line: (502) 564-2611
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 2

Name
Job or Title
(if known)
Street Address
City and County

2

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 3

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

Defendant No. 4

Name _____

Job or Title _____
(if known)

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

E-mail Address _____
(if known)

II.    **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

X☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.    **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

**Constitutional Amendment – 14** ; CIVIL RIGHTS SEC'S – 42 U.S.C 1983 and 18 U.S.C – SEVERE INTENTIONAL EMOTIONAL DISTRESS

B.    **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ . and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

4

b.      If the defendant is a corporation

The defendant, *(name)* _____ , is
incorporated under the laws of the State of *(name)*
_____ , and has its principal place of
business in the State of *(name)* _____ . *Or is*
incorporated under the laws of *(foreign nation)*
_____ , and has its principal place of
business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.      The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.     Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

**The submission is of reflect of  – PLAINTIFF'S request from the STATE**

**OF KENTUCKY a full pardon and being denied with no just cause . Intern**

**~~obstructing his being enlisted into the US VIRGIN ISLANDS Military and~~**

**Homeland Security ( violation by "acting " judges of the STATE of  KY to the**

**PLAINTIFFS CONSTITUTIONAL RIGHTS as well as aiding him into gross**

**poverty living  and extreme Mental suffering with no career, but only incarcerations**

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

**(Me) the Plaintiff seeks the amount of 10 million for infringements of rights**

**and the State using his pass record to Destroy his Career – Livelihood with his**

**Children – As well as holding and using a pass record to justify non action and using**

**as a primary tool to secure his below state guideline living in poverty**

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/28 , 20 24

Signature of Plaintiff 

Printed Name of Plaintiff    DANVED Walik Lillacakini'd

### B.    For Attorneys

Date of signing: _____ , 20__ ,

6